Date: 11/15/10

Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-10302 - ANDERSON, BARBARA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 000004 | 65.07 | 3.93 |
| Remittance Total | | 65.07 | 3.93 |

MARC S. EHRLICH, TRUSTEE

REC'D & FILED
2010 NOV 17 AM 10: 47
... OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Printed: 11/15/10 10:09 AM   Ver: 16.00a

COURTI