Date: 11/30/10

Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 3012 Dated 11/30/10

Case Number 10-10302 - ANDERSON, BARBARA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 000004 | 65.07 | 1.81 |
| Remittance Total | | 65.07 | 1.81 |

MARC S. EHRLICH, TRUSTEE

12/3/10

RECEIVED 2010 DEC -3 PM 3:06
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
ALBANY

Printed: 11/30/10 04:16 PM   Ver: 16.01a

COURT1